IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM E. ULRICH                                                                                    PLAINTIFF

V.                                            Case No. 10-CV-4024

DEPUTY J. THORNTON,
individually and in his official
capacity, et al.                                                                                     DEFENDANTS

## ORDER

      Before the Court is a Motion to Dismiss filed by Separate Defendant Hempstead County Sheriff's Department. (Doc. 4). Planitiff has filed a response tot he motion, stating that he does not object to Separate Defendant's Motion to Dismiss. (Doc. 10). The Court finds the matter ripe for consideration. Upon consideration, the Court finds that Separate Defendant's Motion to Dismiss should be and hereby is **GRANTED**. All claims against Separate Defendant Hempstead County Sheriff's Department are **DISMISSED**.

      **IT IS SO ORDERED**, this 28th day of May, 2010.

                                                                                                           /s/ Harry F. Barnes
                                                                                        Hon. Harry F. Barnes
                                                                                        United States District Judge